United States Courts
Southern District of Texas
F I L E D

**AUG 1 2 2019**

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| | § | |
| vs. | § | |
| | § | |
| CHOON PING LEE, | § | |
| Defendant | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, Section 1801 -
Video Voyeurism

On or about May 5, 2019, in the Houston Division of the Southern District of Texas and elsewhere,

CHOON PING LEE,

defendant herein, in the special maritime and territorial jurisdiction of the United States, did intend to capture an image of a private area of an individual without their consent, and knowingly did so under circumstances in which the individual had a reasonable expectation of privacy.

All in violation of Title 18, United States Code, §1801.


RYAN K. PATRICK
United States Attorney


HEATHER WINTER
Assistant United States Attorney