IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  H-19-1441-M

CHOON PING LEE

## ORDER

The Court, has considered Choon Ping Lee's Motion to Waive Presentence Investigation Report, and has determined that it has sufficient information to sentence the defendant without a presentence investigation. Mr. Lee provided the Court with ample information regarding the offense, his criminal history, the guideline computations, and sentencing options to proceed to sentencing without a full-fledged investigation.

Therefore, Mr. Choon Ping Lee's Motion to Waive Presentence Investigation Report is hereby GRANTED.

It is so ORDERED.

August 14, 2019
Date

_____
Magistrate Judge